# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3524

_____

| | | |
|---|---|---|
| Terry Lynn Harris, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| St. Charles County Commissioner; St. | * | Appeal from the United States |
| Charles County Sheriff; Tony Tipton, | * | District Court for the Eastern |
| Officer, Badge No. 411; Phillip | * | District of Missouri. |
| Adams, Officer, Badge No. 484; | * | |
| Unknown Simmon, Officer, Badge | * | [UNPUBLISHED] |
| No. 447; Robert Smith, Officer, | * | |
| Badge No. 471; Unknown Seager, | * | |
| Officer, Badge No. 472; R. Gatewood, | * | |
| Officer, Badge No. Unknown, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  June 22, 2000

Filed:  June 29, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Terry Lynn Harris appeals the district court's denial of his 42 U.S.C. § 1983 action, alleging various correctional officers violated his Eighth Amendment rights by

failing timely to administer medication and by using unreasonable force constituting cruel and unusual punishment.  Having carefully reviewed the record and the parties' briefs, we conclude extended discussion is not required and affirm for the reasons stated in the district court's thorough opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.